| | |
|---|---|
| DEFENDANT: | SARAH ALBERG |
| AGE/YOB: | 44 / 1976 |
| COMPLAINT FILED? | _____ Yes   ___X____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   __X No |
| If No, a new warrant is required | |
| OFFENSE(S): | 21 U.S.C. § 331(a) and 333(a)(2) (misbranding) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado and elsewhere |
| PENALTY: | NMT 3 years imprisonment, a fine of NMT $250,000, NMT 1 years supervised release, and a Special Assessment fee of $100 |
| AGENT: | Eric Gann<br>Special Agent, FDA-OCI |
| AUTHORIZED BY: | Bryan Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.

1