AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 20-cr-362-DDD |
| Sarah Alberg | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/2/2020

*s/ Sarah Alberg*
*Defendant's signature*

*Brian Leedy*
*Signature of defendant's attorney*

Brian R. Leedy
*Printed name of defendant's attorney*

*Judge's signature*

Gordon P. Gallagher, USMJ
*Judge's printed name and title*