**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00362-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**SARAH ALBERG**

    Defendant.

---

**ENTRY OF APPEARANCE**

---

Brian R. Leedy of the firm Ridley, McGreevy & Winocur, P.C. hereby enters his appearance as counsel of record for Sarah Alberg in the above captioned case, Pursuant to D.C.COLO.L.AttyR 5(a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

Respectfully submitted this 24th day of November 2020.

                                        */s/ Brian R. Leedy*
                                        Brian R. Leedy
                                        Ridley, McGreevy & Winocur, P.C.
                                        303 16th Street, Suite 200
                                        Denver, Colorado  80202
                                        Telephone: (303) 629-9700
                                        Fax:  (303) 629-8702
                                        Email leedy@ridleylaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of November, 2020 I served a true and correct copy of the foregoing **ENTRY OF APPEARANCE** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Bryan David Fields
Assistant United States Attorney
1801 California St #1600,
Denver, CO 80202

                 *s/Heather Grant*
                 Heather Grant, Legal Assistant
                 Ridley, McGreevy & Winocur
                 303 16th Street Suite 200
                 Denver CO 80202
                 Telephone: (303) 629-9700
                 Facsimile: (303) 629-9702
                 Email: grant@ridleylaw.com