**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00362-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**SARAG ALBERG**

    Defendant.

**NOTICE OF DISPOSITION**

Notice is hereby given that a disposition has been reached in the above-captioned case. Both parties request permission to contact chambers to schedule a change of plea hearing that accommodates the Court's calendar and those of the parties.

Respectfully submitted this 24th day of November 2020.

    */s/ Brian R. Leedy*
    Brian R. Leedy
    Ridley, McGreevy & Winocur, P.C.
    303 16th Street, Suite 200
    Denver, Colorado 80202
    Telephone: (303) 629-9700
    Fax: (303) 629-8702
    Email leedy@ridleylaw.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of November, 2020 I served a true and correct copy of the foregoing **NOTICE OF DISPOSITION** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Bryan David Fields
Assistant United States Attorney
1801 California St #1600,
Denver, CO 80202

                                      *s/Heather Grant*
                                      Heather Grant, Legal Assistant
                                      Ridley, McGreevy & Winocur
                                      303 16th Street Suite 200
                                      Denver CO 80202
                                      Telephone: (303) 629-9700
                                      Facsimile: (303) 629-9702
                                      Email: grant@ridleylaw.com