**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00362-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**SARAH ALBERG**

    Defendant.

---

**UNOPPOSED MOTION TO TRAVEL OUT OF STATE WHILE ON BOND**

---

    Ms. Alberg, through counsel, and unopposed by counsel for the government, respectfully requests permission to travel out of state between December 27th, 2020, and January 2nd, 2021. As grounds for this request she states as follows:

    Ms. Alberg initially appeared on an Information on November 6, 2020. Doc. 1. On the same day she was placed on an unsecured bond with conditions of release that require her to obtain the Court's permission to travel out of state while on bond. Doc. 5, additional condition 7(f). Ms. Alberg is scheduled for a change of plea hearing on January 6, 2021, at 3:30 p.m. Doc. 10.

    Ms. Alberg requests permission to travel to California on December 27th, 2020, and stay with her sister, Jennifer Taketani, who resides at 8 Shadowleaf Dr., Irvine CA, 92614. Ms. Alberg will return to Colorado on January 2, 2021.

2

Undersigned counsel has conferred with government counsel who does not oppose Ms. Alberg's travel requests, and asks that she file a travel plan with pretrial service in advance of traveling, and that she abides by state or local COVID-19 protocols, including quarantine requirements if any.

Wherefore, Ms. Alberg, through counsel, and unopposed by the government, respectfully requests permission to travel to California from December 27, 2020, through January 2, 2021.

Respectfully submitted this 18th day of December 2020.

*/s/ Brian R. Leedy*
Brian R. Leedy
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email leedy@ridleylaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December, 2020 I served a true and correct copy of the foregoing **UNOPPOSED MOTION TO TRAVEL OUT OF STATE WHILE ON BOND** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Bryan David Fields
Assistant United States Attorney
1801 California St #1600,
Denver, CO 80202

      *s/Heather Grant*
Heather Grant, Legal Assistant
Ridley, McGreevy & Winocur
303 16th Street Suite 200
Denver CO 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
Email: grant@ridleylaw.com

3