## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00362-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**SARAH ALBERG**

      Defendant.

---

### UNOPPOSED MOTION TO CONDUCT HEARING BY VIDEO

---

Ms. Alberg, through counsel, and unopposed by the government, respectfully requests that the change of plea hearing set for January 6, 2021, at 3:30 p.m. be conducted by video.  As grounds she states as follows:

Ms. Alberg reached a preindictment disposition with the government.  On November 6 ,2020, an information was filed.  On the same day Ms. Alberg waived indictment and was placed on pretrial supervision.  On November 24, 2020, Ms. Alberg filed a notice of disposition and a change of plea hearing has been scheduled for January 6, 2021, at 3:30 p.m.

The parties have estimated Ms. Alberg's total offense level to be 4 and the advisory guideline range to be 0-6 months which falls in Zone A of the

Sentencing Table.  The plea agreement requires the government to recommend a sentence within the estimated guideline range.  The plea agreement further requires Ms. Alberg to continue to cooperate with ongoing investigations.

The parties request that the change of plea hearing be conducted via video to avoid any unnecessary delay and allow both Ms. Alberg, and the government, to benefit from the terms of the plea agreement.  The parties believe that any unnecessary delay required to accommodate an in person hearing would result in harm to the interests of justice.

Wherefore, Ms. Alberg, through counsel, and unopposed by the government, respectfully requests that the change of plea hearing set for January 6, 2021, at 3:30 p.m. be conducted by video.

Respectfully submitted this 29th day of December 2020.

_s/ Brian R. Leedy_____
Brian R. Leedy
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email:  leedy@ridleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2020 I filed a true and correct copy of the foregoing

**UNOPPOSED MOTION TO CONDUCT HEARING BY VIDEO**

electronically with the clerk of the court via the CM/ECF system which will serve all interested parties electronically.

*s/ Jennifer J. Feldman*