### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00362-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**SARAH ALBERG**

    Defendant.

---

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

---

Ms. Alberg, through counsel, at the request of the government, and pursuant to the terms of her plea agreement (Doc. 19), respectfully requests a continuance of the sentencing hearing set for April 8, 2021 at 11:30 a.m. Doc. 21. As grounds she states as follows:

Ms. Alberg reached a preindictment disposition with the government. On November 6, 2020, an information was filed. On the same day Ms. Alberg waived indictment and was placed on pretrial supervision. On November 24, 2020, Ms. Alberg filed a notice of disposition and a change of plea hearing was conducted on January 6, 2021 at 3:30 p.m.

2

The plea agreement reached with the government further requires Ms. Alberg to continue to cooperate with ongoing investigations and "consent to postponements of her sentencing, as requested by the Government and as approved by the Court." (Doc. 19, paragraph 6(e)).  Accordingly, this request is made at the government's request.

Wherefore, Ms. Alberg, through counsel, at the request of the government, and pursuant to the terms of her plea agreement, respectfully requests a continuance of the sentencing hearing set for April 8, 2021 at 11:30 p.m.  Doc. 21.  Government counsel has advised that they request a four month continuance of the sentencing hearing.

Respectfully submitted this 24th day of March 2021.

*s/ Brian R. Leedy*
Brian R. Leedy
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email:  leedy@ridleylaw.com
***Attorney for Sarah Alberg***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2021 I served a true and correct copy of the foregoing

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

electronically with the clerk of the court via the CM/ECF system which will serve all parties of interest:

Bryan David Fields
Assistant United States Attorney
1801 California St, #1600
Denver, CO 80202

*s/ Jennifer J. Feldman*