**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00362-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      **SARAH ALBERG**

      Defendant.

---

**UNOPPOSED MOTION TO TRAVEL OUT OF STATE WHILE ON BOND**

---

Ms. Alberg, through counsel, and unopposed by counsel for the government, respectfully requests permission to travel out of state between July 5, 2021 and July 16, 2021.  As grounds for this request, Ms. Alberg states as follows:

Ms. Alberg initially appeared on an Information on November 6, 2020. Doc. 1.  On the same day she was placed on an unsecured bond with conditions of release that require her to obtain the Court's permission to travel out of state while on bond.  Doc. 5, additional condition 7(f).  Ms. Alberg is scheduled for sentencing on August 9, 2021 at 3:30 p.m.  Doc. 26.

Ms. Alberg requests permission to travel from Colorado to Irvine, California on July 5, 2021, and stay with her sister, Jennifer Taketani, who

resides at 8 Shadowleaf Dr., Irvine, CA, 92614.  Ms. Alberg would return to Colorado on July 16, 2021.

Undersigned counsel has conferred with government counsel who does not oppose Ms. Alberg's travel request, and asks that she file a travel plan with pretrial services in advance of traveling.

Wherefore, Ms. Alberg, through counsel, and unopposed by the government, respectfully requests permission to travel from Colorado to Irvine, California from July 5, 2021 through July 16, 2021.

Respectfully submitted this 11th day of June, 2021.

*s/ Brian R. Leedy*
Brian R. Leedy
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email:  leedy@ridleylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2021 I served a true and correct copy of the foregoing **UNOPPOSED MOTION TO TRAVEL OUT OF STATE WHILE ON BOND** electronically with the clerk of the court via the CM/ECF system which will be served on all interested parties:

Bryan David Fields
Assistant United States Attorney
1801 California St., #1600
Denver, CO 80202

*s/Jennifer J. Feldman*
Jennifer J. Feldman

2