**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00362-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**SARAH ALBERG,**

    Defendant.

---

### DEFENDANT'S SENTENCING STATEMENT

---

Ms. Alberg, through counsel, respectfully submits the following Sentencing Statement in advance of the sentencing hearing scheduled for August 9, 2021, at 3:30 p.m.  Doc. 28.

Ms. Alberg requests the imposition of a sentence of 3 years' probation, which falls within the advisory guideline range as calculated in the "Presentence Investigation Report" (Doc. 25, hereafter "PSR"), and is recommended by United States Probation in the "Sentence Recommendation" portion of the PSR.  Ms. Alberg further requests that no fine be imposed due to her financial condition.

As grounds she states as follows:

**I.     The Nature and Circumstances of the Offense.**

HCG is a hormone produced by the human placenta and is not approved for use without a prescription, nor are there are no FDA-approved HCG products for weight loss.  PSR ¶ 27-28.  The FDA advises consumers to avoid HCG

weight loss products as they are typically marketed in connection with a very low-calorie diet which can be unhealthy and dangerous.

In 2004 Ms. Alberg began working for her mother who was manufacturing and selling HCG for weight loss. PSR, pg. R-3. After her mother's death in January 2018, Ms. Alberg took over the business and began distributing HCG for weight loss. *Id.* The products were unapproved drugs and were misbranded. PSR ¶ 34, 50.

## II.    The History and Characteristics of Ms. Alberg.[1]

Ms. Alberg is 44 years of age and appears before the court on her first felony conviction. Ms. Alberg reached a preindictment disposition with the government, waived indictment, and entered a plea of guilty to the Information. Doc. 1, 13.

Ms. Alberg has one living parent and a sibling with whom she shares good relationships. Ms. Alberg has 3 children ages 12, 9 and 8, and was married to the children's father for 10 years before they were divorced. Ms. Alberg's children live with her in an apartment in Highlands Ranch, Colorado.

Ms. Alberg has a bachelor's degree and a masters' degree and has worked at an architectural firm as Operation's Manager since September of 2020. Ms. Alberg has also worked in bookkeeping and human resources, and for her mother's weight loss business.

---

[1] This information is derived from Part C of the PSR, Offender Characteristics, unless otherwise noted.

### III. The Advice of the Sentencing Guidelines.

Ms. Alberg's total offense level is 4, and her criminal history category is III, resulting in an advisory guideline range of 0-6 months. Her range falls within Zone A of the sentencing table, for which a sentence of probation is authorized pursuant to § 5B1.1(a)(1).

### IV. A Condign Sentence.

A sentence of probation falls within the advisory guideline range and is sufficient but not greater than necessary to afford punishment, deterrence, and promote respect for the law.

Ms. Alberg's offense conduct is a direct result from her involvement in her mother's weight loss business in which she was involved as a part time employee while her mother was alive, and which she took over when her mother passed away. Ms. Alberg has cooperated with the government's investigation of the instant offense, and other investigations relating to HCG, as a condition of her Plea Agreement (Doc. 19).

Ms. Alberg's financial condition supports the imposition of no fine.[2] Ms. Alberg supports her 3 children, and in the past, the father of her children has been delinquent on court ordered child support payments. Ms. Alberg has liabilities related to student loans, a home lease, and a judgment against her mother's company. She earns approximately $4,700.00 per month.

---

[2] This information is derived from the "Financial Condition: Ability to Pay" portion of the PSR. PSR ¶ 112-118.

3

4

Wherefore, Ms. Alberg, through counsel, requests the imposition of a sentence of 3 years' probation, as recommended by United States Probation in the PSR.  Additionally, Ms. Alberg requests that no fine be imposed due to her financial condition.

Respectfully submitted this 26th day of July 2021.

*s/ Brian R. Leedy*
Brian R. Leedy
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email leedy@ridleylaw.com

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2021 I served a true and correct copy of the foregoing

**DEFENDANT'S SENTENCING STATEMENT**

electronically with the clerk of the court via the CM/ECF system which will serve all parties of record.

*s/Jennifer J. Feldman*