#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy:  Patricia Glover<br>Court Reporter:    Julie Thomas<br>Probation:         Sara Johnson | Date: August 9, 2021<br>Interpreter: n/a |

**CASE NO.   20-cr-00362-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| SARAH ALBERG, | Brian Leedy |
| Defendant. | |

### COURTROOM MINUTES

**HEARING:**   Sentencing

**3:36 p.m.**   **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on January 6, 2021.   Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The government **does** request departure. (Doc. #30). Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.   Counsel are offered the opportunity for further argument.   No further argument.

**ORDER:**     **Government's Motion for Departure (Doc. #30) is GRANTED.**

**ORDER:**     **Defendant is sentenced to a term of three (3) years of probation, no supervised release, no fine, 40 hours of community service within the first 18 months of probation and a special assessment of $100.00.**

**MANDATORY AND SPECIAL CONDITIONS ARE AS REFLECTED IN THE RECORD.**

The Court makes the recommendations as requested as set forth on the record.

The defendant is advised of her right to appeal.

**ORDER:**     Bond is exonerated upon entry of judgment.

**3:52 p.m.**     **Court in recess.**

Total Time:    16 minutes.
Hearing Concluded.