**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 11 2022**

JEFFREY P. COLWELL
CLERK

Sarah Alberg
3341 Ashworth Avenue
Highlands Ranch, CO 80126
Salberg76@gmail.com
(949) 302-4042

October 6, 2022

Judge Daniel D. Domenico
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Case Number: 1:20-cr-00362-DDD-1

Dear Judge,

My name is Sarah Alberg. I was sentenced by you to 3 years of probation on August 9, 2021. I am writing this letter to request permission to travel to Mexico during Spring Break in Douglas County between the dates of March 13, 2023 and March 17, 2023. I have not solidified my plans because I would like to get permission from the court to travel prior to making arrangements. The travel would be for a family vacation. We would likely take a cruise or go to an all-inclusive resort, whichever is more affordable.

The reason I am requesting this sort of travel at this time, and not waiting for my probation to be over, is because my partner's daughter is a junior in high school. After next year, she will be in college so we have limited time to take family vacations together and we want to maximize our time together as a family. We also want to give our children some great experiences they can remember and enjoy now that we can travel freely after COVID.

I would really appreciate it if you grant this request. It would mean a lot to my family.

Thank you for your time and consideration.

Sincerely,

Sarah Alberg

Sarah Alberg
3341 Ashworth Ave
Highlands Ranch, CO 80126

DENVER CO 802
7 OCT 2022 PM 7 L

80294-250059

Alfred A. Arraj Courthouse
Attn: Judge Daniel D. Domenico
901 19th Street
Denver, CO 80294