IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.  20-cr-00362-DDD**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**SARAH ALBERG**

    **Defendant.**

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TRAVEL [ECF No. 35]**

---

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Bryan David Fields, Assistant United States Attorney, hereby files this response to defendant Sarah Alberg's Motion to travel.  ECF No. 35. After consulting with the Probation office, The government has no objection to the Defendant's motion. For all of the reasons set forth at ECF No. 37, the defendant should be permitted to travel.

          COLE FINEGAN
          United States Attorney
          District of Colorado


By:    s/ *Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Bryan.Fields3@usdoj.gov

**CERTIFICATE OF SERVICE**

        I certify that on this 17th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case. I also sent this filing to the defendant at her address of record via the United States Postal Service.

                                              s/ *Bryan David Fields*
                                              BRYAN DAVID FIELDS
                                              Assistant United States Attorney
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone 303-454-0100
                                              Facsimile 303-454-0402
                                              Bryan.Fields3@usdoj.gov