PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

Case # 20cr362-DDD-1

## PASSPORT RECEIPT

NAME Sarah Turtland Alberg

DATE REC'D 1/19/2023

DEFENDANT'S SIGNATURE [signature]

PASSPORT NUMBER 568699344

COUNTRY OF ORIGIN USA

EXPIRATION DATE 12/19/2027

OFFICER'S SIGNATURE [signature]

DATE RETURNED _____

PURPOSE RETURNED _____

ADDRESS (if mailed)

REC'D BY _____

REC'D FROM _____

PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

[✓] **Original Notice**
Date: 11/30/2020
By: A. García Gallegos

[ ] **Notice of Disposition**
Date: _____
By: _____

---

Defendant: Sarah Alberg
Date of Birth: ▇▇▇ 1976
SSN: _____

Case Number: 20-cr-00362-DDD
Place of Birth: Arizona, USA

---

**Notice of Court Order** (Order Date:  11/06/2020  )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number  568699344  and/or passport card number _____ to the custody of the U.S. District Court on  11/30/2020 .

---

**NOTICE OF DISPOSITION**

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court