Sarah Alberg
3341 Ashworth Avenue
Highlands Ranch, CO 80126
(949) 302-4042
Salberg76@gmail.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2023

JEFFREY P. COLWELL
CLERK

February 24, 2023

Clerk's Office
Attn: Judge Daniel D. Domenico
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Re: Request for Early Termination of Probation – Case # 20CR362

Dear Judge Domenico,

I am writing to you to request early termination of my probation in Case #20CR362. I was sentenced to 3-years of probation and I have served half of this term. There are 2 main reasons that I would like to terminate my probation early:
1) Further probation is not necessary or essential for my continued growth and success in my life
2) Ending probation at this time will allow me to close a dark chapter of my life and further thrive in the future

The crime I committed was with regards to a business I was involved in. The FDA contacted me about this business in April of 2020 but my involvement in the business actually started in 2018. In 2017, I was a recently divorced mother of 3 young children. I had a job but my pay was not enough to cover the childcare I needed at the time. I had recently been on food stamps prior to getting a job. It was also around this time that a judge in Georgia granted a default judgment against me in the amount of $500,000.00. I was unaware of the lawsuit and the judgment was totally in error. I was unable to take care of my own financial wellbeing and it also seemed like there was no future of financial freedom with a judgment of that size against me.

Then, in January of 2018, my mother died suddenly. She was my sole support system and her loss was devastating for me. It was her business that I took over in 2018 – which led to my crime. It was a very profitable business and I knew how to run it. At the time, it was my only source of comfort to be able to pay my bills without worry and I also saw it as a means to hire attorneys to help resolve the default judgment against me. It was a bad decision and I regret it.

This decision was just the beginning of a long, dark spiral for me between 2018 and 2019. I started drinking more and I sought support from the only person I had out here in Colorado – my ex-husband. This was another horrible decision because he is an incredibly abusive person and he was out to get me. He was continuing his abuse towards me during this time – in ways I was unaware of because I was so grief stricken and vulnerable. I wish I could have changed my decisions around this time. I put myself and my family through so much turmoil because I could not get out of the dark hole I had created for myself.

Once I started doing this illegal business, it was very difficult for me to consider getting a legitimate job because the plaintiffs in the default judgment case had started garnishing my wages and even seized money from my bank accounts. If I could barely make ends meet before, I definitely couldn't do that while being garnished. I even had to go bankrupt to try to get out of the judgement – something they fought and I had to retain an attorney to further try to get this judgement overturned. I really felt trapped.

Finally, in 2019, I was ready to make some dramatic changes to turn my life around and become the person I knew myself to be. I started weekly therapy, I cut off all contact with my ex-husband. In December 2020, I started dating and I met the most wonderful man! I started a plan for how to make the business I was in legal. My life was really on the upswing until April of 2020 when the FDA contacted me.

I found out later that it was my ex-husband who reported my illegal business to the FDA after he found out that I was dating someone else. I only mention this because it helps to exemplify my ex's drive to continually try to destroy my life – and the effect it was having on my emotional stability throughout 2018 and part of 2019. I am in no way implying that anything I did was anyone else's fault but my own. I was doing illegal activity and I deserved to suffer the consequences of my actions. I am also responsible for putting myself in a position where my ex could hurt me by having contact with him and conducting illegal business activities.

I also wanted to bring all of this up to show that I truly was already on a path to well-being and success prior to my conviction in this case. One of the important things I did to help myself, was to get my ex-husband out of my life – and that has continued. I possess the ability and desire to make my life right on my own and don't need probation in order to do so.

After the raid on my home in April of 2020, I was, once again, thrust into complete and utter turmoil emotionally and financially. I had no source of income during a global pandemic. I was forced to break the lease on my home, causing me more financial distress. I had to move my residence and I was facing unknown consequences for my actions – perhaps jail. My children were also going through extreme crisis after all the trauma they had been through and the continuing tension between my ex and I. It was a horrific and horribly stressful time.

My path towards emotional wellness at this time was a struggle and not always smooth, but I did not give up. I stayed in therapy and stopped drinking.  I nailed a successful job as an Operation Manager at a 40-person Architect firm. I was able to get therapy for my kids and psychiatric care for them. During this time, I had to fight some court battles with my ex over the proper care of my children – as he was continuing to try to make my life miserable for all of us. I had to negotiate debt with my attorneys, hospital debt for my children, and file paperwork to force my ex to pay child support that was due. I have dealt with more than my fair share of stressful, traumatic life events and continued in a forward, positive direction for a successful life.

Here is where it gets really good!

The plaintiff in the default judgement case was doing the same business that I was doing. As a result of the FDA shutting down my business, they went after the plaintiff's business as well – and the case regarding default judgement not being dismissed in the bankruptcy was dropped! I no longer owe any money in that judgement.

I am thriving at my job. I have been at the company for 2 ½ years now. I have received 3 pay raises in that time and several bonuses. I will be out of debt by the end of the year.

The man I met in December 2020 turned out to be the one. We have been together for over 3 years and he stood by me throughout all of this turmoil. He is totally aware of my crime and supportive of me in every way even with my ex being so difficult. He has never waivered in his faith that I am a great person. We moved our families in together this July. Our kids are blending very well. We are extremely happy and plan to get married within a year. I am starting a new chapter of my life.

For this reason, I am looking forward to closing the chapter on this dark part of my life and I feel that I can truly do that if my probation is terminated early. I do not think that continuing probation will provide any benefits to my wellbeing or success in the future.

I acknowledge that I was responsible for making some really bad decisions in my life. I deserved to be convicted of this crime. I am grateful it happened because, in the long run, this experience has only served to help me stay on a path of success. I never would have felt truly happy with myself while I was doing illegal things and I was struggling trying to find a way out. I am glad to free of that part of my life and live a life I can be proud of.

In terms of a punishment that is appropriate for my crime, I am very grateful to have received the sentence that I did in getting 3 years of probation. I feel that I have shown over the last 1 ½ years that I am not a threat to re-offend in any way. The circumstances and situational factors at play were the real motivators for me to commit a crime of this nature. I am committed to living a moral life of high values. I believe the true punishment in all of this is the felony conviction itself. Whether or not I serve another 1 ½ years of probation, I will carry the felony conviction with me for the rest of my life. This will have a huge impact on getting a job in the future, travel and all sorts of other basic freedoms. The conviction is the true punishment.

I hope you will consider my request for early termination of my probation. It would mean so much to me to truly put all of this behind me. Please feel free to reach out to me if you have any questions or need more information.

Thank you so much for your time and consideration!

Sincerely,

Sarah Alberg

Sarah Allery
3341 Ashworth Ave
Highlands Ranch, CO 80126

DENVER CO 802
24 FEB 2023 PM 9 L

Clerk's Office
Alfred A. Arraj United States Courthouse - Room A105
901 19th Street
Denver, CO 80294-3589

80294-350151