Sarah Alberg
3341 Ashworth Avenue
Highlands Ranch, CO 80126
(949) 302-4042
Salberg76@gmail.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 22 2023**

JEFFREY P. COLWELL
CLERK

March 20, 2023

Clerk's Office
Attn: Judge Daniel D. Domenico
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Re: Response to Government's Response to Defendant's Motion for Early Release from Probation – Case
# 20CR362

Dear Judge Domenico,

I wrote you a letter to request early termination of my probation on 2/24/2023. I just returned home
from traveling and received the Government's response from Mr. Bryan David Fields. I wanted to send
my own response in regards to Mr. Fields' letter – in the hopes that it will influence any decision made
and, if not, for general court record in my defense.

I disagree with several statements that Mr. Fields made in his letter to the court. What he stated was my
testimony was incomplete and manufactured to make me look like a vial criminal with no humanity. I
have no real opportunity to give testimony to the court and I do not wish to defend myself against a
crime that I already plead guilty to. Suffice it to say that his assessment of my conduct, participation in
illegal activity over years of time and my thought processes about my behavior are inaccurate. They do
not reflect the truth of my story at all.

Everything I stated in my letter to the court was truthful. I'm attaching to this letter correspondence
with a chemist, Richard Hammitt, who I paid to create a weight loss product on 1/11/2020 that did not
contain hcg – as some proof that what I stated in my letter is the truth (Exhibit A). I was looking for a
legal way to conduct my business and I was extremely bothered by the fact that I was participating in
illegal activity. This evidence was provided to Mr. Fields' office at the time of the investigation.

Mr. Fields' was correct that I did not stop my illegal activities until the FDA raided my home in April
2020. However, he is incorrect about whether or not I've 'learned my lesson.' I have learned my lesson.
I am very remorseful for what I did. I wish I had made different decisions at that time. I am so grateful
that no one was hurt by what I did. There is no amount of probation that will solidify what I already
know in my mind – which is that my actions were wrong. And I am very aware that if I were to do
anything remotely similar in the future that I would be prosecuted and put in prison. I am also very
aware that I will live the rest of my life with a felony conviction on my record that can seriously impact

my ability to get a job in the future. This is terrifying to me and a far worse punishment than any amount of probation. The felony conviction and what I have already put myself through as a result of my own actions and decisions has been a severe punishment for me. I have had to work in therapy to overcome the shame of it all.

As far as Mr. Fields' comments about my alcohol use, my response to that would be that my compliance with the conditions of my probation are the only things I am aware of that are necessary for me to do. Along with the other aspects of my life were that were out of balance, I have taken care of that aspect of my life as well. I would not be thriving if I had not.

I still get calls and inquiries from people requesting hcg products. I just got a call from a woman here in Colorado. Her name is Kathleen. What I told her is that hcg for weight loss is illegal in the United States and I told her not to buy it from anyone or use it for that purpose. That is the message I will continue to pass on to anyone who inquires about hcg for weight loss. I have no desire to ever engage in anything illegal whatsoever.

I want to reinforce in this letter that I have been compliant with my probation and I have completely changed my life in a positive direction. The main reason that I wish to be released from probation early is because it is the one thing that is necessary for me to completely move on in my life from this horrible time.  I am not trying to avoid punishment. I am trying to close a chapter in my life and move ahead in the most positive way possible. I am not a threat to reoffend and the felony conviction on my records is a severe punishment for me personally.

I really appreciate the time and consideration that you put into my request for early termination of my probation. I will be satisfied with whatever decision is made.

Please feel free to reach out to me if you have any questions or need additional information.

Sincerely,

Sarah Alberg

EXHIBIT A: Conversation with Paid Chemist on Upwork.com on 1/11/2020 – showing I was looking for a formula that did not contain hcg.



Sat, Jan 11, 2020

**Sarah Alberg** 02:19 PM
Hi Richard

Could you also please send me the percentages and volumes of ingredients if I were NOT to use the added ingredients. If I just wanted to use the basic formula of saline, water, propylene glycol, guar gum and sodium citrate?

Thank you!



**Richard Hammitt** 02:43 PM
Hi Sarah,

I can do that. I usually do that kind of extra work under a separate hourly contract. If we need to make further changes like that, let's start that hourly contract for that work.

With just saline, water, propylene glycol, guar gum, and sodium citrate,

10843 ml saline
1005 mL water
138 mL propylene glycol
100 g guar gum
477 g sodium citrate

Formulation I gave you

6910 mL saline
628 mL water
88 mL propylene glycol
63 g guar gum
301 g sodium citrate
- - - - - - - - - - - - - - - - -
565 g choline
1118 g myo inositol
565 g acetyl-L-carnitine
565 g conjugate linoleic acid
75 g green tea extra
138 g white kidney bean
1394 g beta glycans

I added the lactobacillus gasseri as a weight, but you can get it as a liquid or solid. Like the hCG, you need 1 billion units per day.

If you were going to add the amounts from the medical studies, you would need to have 22 mL per dose (2 doses per day)

Best Regards,
Richard



Sarah Alberg
3341 Ashworth Ave
Highlands Ranch, CO 80126

DENVER CO 802
20 MAR 2023 PM 9 L

Clerks Office
Attn: Judge Daniel D. Domenico
Alfred A Array United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589